UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCIA KIMBLE,

      Plaintiff,

v.

                              Case No. 24-cv-12987
                              Hon. Matthew F. Leitman

USHEALTH GROUP, INC., *et al.*

      Defendants.
_____/

## ORDER STAYING ALL FILINGS UNTIL FURTHER ORDER OF THE COURT FOLLOWING STATUS CONFERENCE

On June 18, 2025, Defendants Freedom Life Insurance Company of America, USHealth Advisors LLC, and USHealth Group Inc. filed (1) a motion to compel arbitration and (2) a motion to stay discovery. (*See* Motions, ECF Nos. 22, 24.) The Court will soon be scheduling a status conference with all counsel to discuss the motions. Until further order of the Court following that conference, all filings in this action – including Plaintiff's responses to Defendants' motions – are **STAYED**. There shall be no additional filings until further order of the Court.

      **IT IS SO ORDERED**.

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: June 23, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2025, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126