Docusign Envelope ID: 0C9EAB62-094B-4C9C-9E5E-46A2A8F9DAC9

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARCIA KIMBLE, individually, and on behalf of all others similarly situated,

Plaintiff,

v.

USHEALTH GROUP, INC., USHEALTH ADVISORS, L.L.C., and FREEDOM LIFE INSURANCE COMPANY OF AMERICA,

Defendants.

Case No. 2:24-cv-12987

**DECLARATION OF MARCIA KIMBLE**

I, Marcia Kimble, declare as follows:

1. I am over the age of age, of sound mind and am otherwise competent to make this declaration. The facts stated in this Declaration are based on my personal knowledge.

2. I am the named Plaintiff in this case.

3. I registered my number on the National Do-Not-Call registry in 2019 because of the high volume of unwanted telemarketing calls and spam text messages I was receiving.

4. I did not and do not submit my information on websites relating to health insurance or sites offering "sweepstakes" or "rewards."

5. I continue to receive such unwanted/spam phone calls and text messages, including the communications at issue in this case, which were sent in 2022 and 2023.

Docusign Envelope ID: 0C9EAB62-094B-4C9C-9E5E-46A2A8F9DAC9

6. I understand that Defendants contend that I submitted my personal information, including my name, date of birth, address and phone number on a website called "Rewards Locker" with a web address of https://abc.rewards-locker.com.

7. I also understand that Defendants claim I visited and submitted my information on this website on November 6, 2022, and again on November 12, 2022. I also understand that Defendants contend I visited this website three times "in rapid succession" on November 6, 2022.

8. I do not recall ever visiting the "Rewards Locker" website.

9. As a generally matter, I also do not submit my personal information on "rewards" websites, nor did I do so in 2022.

10. I did not visit the "Rewards Locker" website on November 6 or 12, 2022, nor did I put my input information on the website on that date, or ever. Moreover, I would not have submitted my information on the same website on two separate dates.

11. To further confirm that I did not visit the website and input my information on the "Rewards Locker" website on November 6, 2022, I viewed the "Visual Playback" provided by Defendants for the "Rewards Locker" website. Viewing this "Visual Playback" further confirmed to me that I did not visit or input my information on this website as the website did not look familiar to me.

As provided by 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed by:
Marcia Kimble
AE63EEBE6A7E41A...

Marcia Kimble

Dated: August 25, 2025