UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCIA KIMBLE,

    Plaintiff,

Case No. 24-cv-12987

v.

Hon. Matthew F. Leitman

USHEALTH GROUP, INC., *et al.*,

    Defendants.

_____/

**ORDER (1) TERMINATING WITHOUT PREJUDICE DEFENDANTS' MOTION TO COMPEL ARBITRATION (ECF No. 22) AND PLAINTIFF'S MOTION TO STRIKE JOSEPH BARRECA DECLARATION (ECF No. 41); AND (2) SETTING SCHEDULE FOR LIMITED DISCOVERY CONCERNING WHETHER TO COMPEL ARBITRATION**

On November 10, 2025, the Court held an on-the-record video status conference. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) Defendants' Motion to Compel Arbitration (ECF No. 22) and Plaintiff's Motion to Strike Declaration by Joseph Barreca (ECF No. 41) are **TERMINATED WITHOUT PREJUDICE**.

(2) The parties shall have until **March 13, 2026**, to conduct discovery limited to the question of whether the Court should compel arbitration in this action.

(3) At the conclusion of the discovery period, the Court will hold a status conference to discuss next steps, including whether the Court should proceed

to an evidentiary hearing or proceed with the filing of a renewed and fully briefed motion to compel arbitration.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 10, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 10, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126