UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARCIA KIMBLE,

      Plaintiff,                                  Case No. 24-cv-12987
                                                        Hon. Matthew F. Leitman

v.

USHEALTH GROUP INC, et al.,

      Defendants.

_____/

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal With Prejudice by Plaintiff, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: January 5, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 5, 2026, by electronic means and/or ordinary mail.

                                                        s/Holly A. Ryan
                                                        Case Manager
                                                        (313) 234-5126